```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
JOSE CABRAL                    :
                               :   CIVIL ACTION
        v.                     :
                               :   No. 02-2806
THE PHILADELPHIA COCA-COLA     :
BOTTLING COMPANY               :
```

## ORDER

**AND NOW**, this 30th day of January, 2003, **IT IS HEREBY ORDERED** that:

1. TRIAL in the above captioned case shall commence on April 21, 2003, in Courtroom 6-A, at 10:00 a.m.

2. A Final Pretrial Conference is scheduled for March 26, 2003, at 9:30 a.m.

BY THE COURT:

_____
John R. Padova, J.