IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE CABRAL, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 02-cv-2806 |
| | : | |
| THE PHILADELPHIA | : | |
| COCA-COLA BOTTLING COMPANY, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, The Philadelphia Coca-Cola Bottling Company, hereby requests leave, pursuant to Local Rule 7.1(c), to file the attached Reply to Plaintiff's Opposition to the Motion for Summary Judgment filed by Defendant.

Defendant asks to file this Reply to correct misstatements of, and incorrect citations to, the record which are contained in Plaintiff's Opposition brief. Defendant submits that Plaintiff may not assert that there are issues of fact barring summary judgment predicated upon inaccurate statements of the uncontroverted facts or by contradicting his own sworn testimony. To aid the Court, Defendant would submit this Reply to provide citations to the correct, undisputed facts and to respond to assertions of factual issues which do not, in actuality, exist.

Further, Defendant asks leave to reply to assertions regarding weekend overtime assignment which are discussed in Plaintiff's Opposition, but which, because they were not set forth in his Complaint or his EEOC discrimination charge, were not addressed in detail in Defendant's Summary Judgment motion.

2

      Finally, Defendant asks leave to reply to certain statements of law by Plaintiff which do not reflect controlling legal principles. For the foregoing reasons, Defendant respectfully asks for leave to file the attached Reply brief.

Dated: February 27, 2003

                                              Respectfully submitted,

                                              _____
                                              Gerald S. Hartman
                                              Gregory W. Homer, I.D. No. 58710
                                              Drinker Biddle & Reath LLP
                                              1500 K Street
                                              Suite 1100
                                              Washington, DC 20005
                                              202.842.8800

                                              David J. Woolf, I.D. No. 76484
                                              Drinker Biddle & Reath LLP
                                              One Logan Square
                                              18th & Cherry Streets
                                              Philadelphia, PA 19103-6996
                                              215.988.2700

                                              Attorneys for The Philadelphia Coca-Cola Bottling Company

**Certificate of Service**

I hereby certify that on this 27th day of February, 2003, a copy of Defendant Philadelphia Coca-Cola Bottling Company's Motion for Leave to file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment was served by hand upon the following attorneys for the Plaintiff:

Roseann E. Weisblatt, Esq.
Feldman & Rifkin LLP
101 Greenwood Avenue, Suite 230
Jenkintown, PA 19046

Robert T. Vance, Jr., Esq.
1616 Walnut Street, Suite 709
Philadelphia, PA 19103

_____
David J. Woolf