IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE CABRAL, | : |
| Plaintiff | : |
| | : |
| v. | : Civil Action No. 02-cv-2806 |
| | : |
| THE PHILADELPHIA | : |
| COCA-COLA BOTTLING COMPANY, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, this _____ day of February, 2003, upon consideration of the motion by Defendant Philadelphia Coca-Cola Bottling Company for an order pursuant to Rule 7.1(c) of this Court, granting leave for Defendant to file a Reply brief in support of its motion for summary judgment, and upon consideration of any response thereto,

IT IS ORDERED that the motion is GRANTED. Defendant's Reply brief, which is attached to the motion granted by this order, shall be filed forthwith.

_____
John R. Padova, Judge
United States District Court