```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JOSE CABRAL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA COCA-COLA | : | |
| BOTTLING COMPANY | : | NO. 02-2806 |

### NOTICE

    AND NOW, this 17th day of April, 2003, please take note that a
[ ] preliminary pretrial conference
[x] final pretrial conference
[ ] settlement conference
[ ] status conference

in the above-captioned case will be held on April 21, 2003 at 11:00 a.m.* before the **Honorable John R. Padova.** This conference will be held
    [x] in chambers, Room 6614
    [ ] by telephone
        Counsel for the plaintiff will be responsible for contacting all parties, at which time you may contact Judge Padova's chambers at 215/597-1178.

    If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date. Another attorney in such trial counsel's office, who should be as familiar as is feasible with the case, have authority from the client, and an evaluation of the case for settlement purposes, should appear at the conference.

    Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

ATTEST:                        or    BY THE COURT:


BY: _____      _____
    Gerrie M. Keane          JOHN R. PADOVA,    J.
    Deputy Clerk
cc: Robert T. Vance, Jr.
    Roseann E. Weisblatt
    David J. Woolf
    Gregory W. Homer

*Rescheduled from April 17, 2003